UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

AMY BATES,                                          )
                                                    )
                          Plaintiff,                )        **JUDGMENT IN A CIVIL CASE**
                                                    )        **CASE NO. 5:23-CV-300–D**
            v.                                      )
                                                    )
                                                    )
KILOLO KIJAKAZI,                                    )
Acting Commissioner of Social Security,             )
                                                    )
                          Defendant.                )


**Decision by Court.**


**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the
Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the
Commissioner for further proceedings.


**This Judgment Filed and Entered on December 8, 2023, and Copies To:**

Derrick Kyle Arrowood          (via CM/ECF electronic notification)
Cassia W. Parson               (via CM/ECF electronic notification)
Cathleen C. McNulty            (via CM/ECF electronic notification)
Dianne Samu                    (via CM/ECF electronic notification)


DATE:                              PETER A. MOORE, JR., CLERK
December 8, 2023                   (By) /s/ Stephanie Mann
                                    Deputy Clerk