UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AMY BATES,<br><br>            Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Acting Commissioner of Social Security,<br><br>            Defendant. | **JUDGMENT**<br>**CASE NO. 5:23-CV-300-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Defendant pay to Plaintiff $9,200.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick K. Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

<u>This Judgment filed and entered on March 19, 2024, and copies to:</u>
Counsel of record for the parties (via CM/ECF electronic notification)

March 19, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk